**Ralph K. Jewett, appellee, v. Harlan Shepardson, appellant. Gen. No. 7,291.**

Trespass on the case on contract. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed February 16, 1924. Rehearing denied April 2, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Roy F. Hall, for appellant. Knight & Mohr, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**James E. Bennett et al., copartners, trading as James E. Bennett & Company, appellants, v. Samuel Jacobson, appellee. Gen. No. 7,300.**

Attachment suit for $1,814.52, third party served in garnishment. Judgment for defendant. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed February 16, 1924.

Moses, Rosenthal & Kennedy and Robert E. Larkin, for appellants; Hirsch E. Soble and Herbert H. Kennedy, of counsel. Lloyd Painter, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**Annette Kolb, appellee, v. Peoria Railway Company, appellant. Gen. No. 7,210.**

Action for personal injuries by passenger by being thrown from defendant's street car. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. C. V. Miles, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed February 16, 1924.

Hunter, Page & Kavanagh, for appellant. Kirk & Shurtleff, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**Laura Aufdenspring, appellee, v. Herman R. Aufdenspring, appellant. Gen. No. 7,267.**

Wife's bill for separate maintenance. Cross-bill for divorce for cruelty. Decree dismissing cross-bill awarding custody of child to complainant with allowance of $145 per month. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed February 16, 1924.

Fisher, North, Linscott & Gibboney, for appellant. Lathrop Lathrop & Brown, for appellee.

Mr. Justice Jett delivered the opinion of the court.